# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No: **18-CR-40038 TSH** |
|  | ) |  |
| v. | ) | VIOLATION: |
|  | ) |  |
| RUBEN RAMOS, | ) | 18 U.S.C. § 924(a)(1)(a) – |
|  | ) | False Statement to Federally |
| Defendant. | ) | Licensed Firearms Dealer |
|  | ) |  |
|  | ) | 18 U.S.C. § 924(d) and |
|  | ) | 28 U.S.C. § 2461(c) – |
|  | ) | Firearm Forfeiture Allegation |

## INDICTMENT

**COUNT ONE:  18 U.S.C. § 924 (a)(1)(A) – False Statement to a Federally Licensed Firearms Dealer**

The Grand Jury charges that:

On or about March 24, 2018, at Webster, in the District of Massachusetts,

## RUBEN RAMOS,

defendant herein, knowingly made a false statement and representation to Bob's Gun & Archery Pro Shop, a federal firearms dealer licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Bob's Gun & Archery Pro Shop, in that the defendant provided a false address of 47 Great Brook Valley Avenue, Apartment 4, Worcester, Massachusetts when, in fact, the defendant resided at 23 Hollis Street, Apartment 2, Worcester, Massachusetts.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT TWO:  18 U.S.C. § 924 (a)(1)(A) – False Statement to a Federally Licensed Firearms Dealer**

The Grand Jury further charges that:

On or about April 19, 2018, at Worcester, in the District of Massachusetts,

**RUBEN RAMOS,**

defendant herein, knowingly made a false statement and representation to The Gun Parlor, a federal firearms dealer licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of The Gun Parlor, in that the defendant provided a false address of 47 Great Brook Valley Avenue, Apartment 4, Worcester, Massachusetts when, in fact, the defendant resided at 23 Hollis Street, Apartment 2, Worcester, Massachusetts.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT THREE:   18 U.S.C. § 924 (a)(1)(A) – False Statement to a Federally Licensed Firearms Dealer**

The Grand Jury further charges that:

On or about May 17, 2018, at Woburn, in the District of Massachusetts,

**RUBEN RAMOS,**

defendant herein, knowingly made a false statement and representation to Precision Point Firearms, a federal firearms dealer licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Precision Point Firearms, in that the defendant provided a false address of 47 Great Brook Valley Avenue, Apartment 4, Worcester, Massachusetts when, in fact, the defendant resided at 23 Hollis Street, Apartment 2, Worcester, Massachusetts.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT FOUR:    18 U.S.C. § 924 (a)(1)(A) – False Statement to a Federally Licensed Firearms Dealer**

The Grand Jury further charges that:

On or about May 18, 2018, at Woburn, in the District of Massachusetts,

## RUBEN RAMOS,

defendant herein, knowingly made a false statement and representation to Four Seasons, a federal firearms dealer licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Four Seasons, in that the defendant provided a false address of 47 Great Brook Valley Avenue, Apartment 4, Worcester, Massachusetts when, in fact, the defendant resided at 23 Hollis Street, Apartment 2, Worcester, Massachusetts.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT FIVE:  18 U.S.C. § 924 (a)(1)(A) – False Statement to a Federally Licensed Firearms Dealer**

The Grand Jury further charges that:

On or about May 22, 2018, at Worcester, in the District of Massachusetts,

**RUBEN RAMOS,**

defendant herein, knowingly made a false statement and representation to The Gun Parlor, a federal firearms dealer licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of The Gun Parlor, in that the defendant provided a false address of 47 Great Brook Valley Avenue, Apartment 4, Worcester, Massachusetts when, in fact, the defendant resided at 23 Hollis Street, Apartment 2, Worcester, Massachusetts.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## FIREARM FORFEITURE ALLEGATION
### 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

1. Upon conviction of any the offenses charged in Counts One through Five of this Indictment,

**RUBEN RAMOS,**

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm involved in the commission of those offenses, including, but not limited to the following firearms:

    (a) a Ruger .357 caliber revolver bearing serial number 576-58664 purchased by RAMOS on or about March 24, 2018;

    (b) a Cobray 9 mm pistol bearing serial number 89-0040500 purchased by RAMOS on or about April 19, 2018;

    (c) a Ruger 9 mm pistol bearing serial number 452-18178 purchased by RAMOS on or about May 17, 2018;

    (d) a Smith & Wesson .380 caliber pistol bearing serial number KBA1549 purchased by RAMOS on or about May 17, 2018;

    (e) a Ruger 9 mm pistol bearing serial number 336-07741 purchased by RAMOS on or about May 18, 2018;

    (f) a Smith & Wesson .40 caliber pistol bearing serial number DSX1955 purchased by RAMOS on or about May 18, 2018; and

    (g) a Mossberg .308 caliber rifle bearing serial number MVP071818 purchased by RAMOS on or about May 22, 2018.

2. If any of the property described in paragraph 1 above, as a result of any act or omission of the defendant -

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated in Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the property described in the paragraph above.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
Greg A. Friedholm
Assistant United States Attorney
District of Massachusetts

Dated:  September 20, 2018

Returned into the District Court by the Grand Jurors and filed.

_____  11:35 Am
DEPUTY CLERK